**Opinion issued August 29, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00528-CV

———————————

**RICHARD STEPHEN CALKINS AND MICHAEL EASTON, Appellants**

**V.**

**MARK W. SULLIVAN, STEVE M. KING, G WESLEY URQUHART, G. WESLEY URQUHART, P.C., AND MARY ELIZABETH URQUHART, Appellees**

**and**

**G WESLEY URQUHART, G. WESLEY URQUHART, P.C., AND MARY ELIZABETH URQUHART, Cross-Appellants**

**V.**

**RICHARD STEPHEN CALKINS AND MICHAEL EASTON, Cross-Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**

## MEMORANDUM OPINION

Appellants/cross-appellees Richard Stephen Calkins and Michael Easton appeal from the trial court's judgment signed on May 3, 2024. Calkins and Easton have filed a motion to dismiss this appeal, arguing that the appeal is moot because the trial court granted their motion to modify and entered a new final judgment on August 15, 2024.

Appellees/cross-appellants, G. Wesley Urquhart, G. Wesley Urquhart, P.C., and Mary Elizabeth Urquhart, filed a notice of cross-appeal from the trial court's May 3, 2024 judgment, stating in their notice of appeal that they were filing the notice of cross-appeal subject to the motion to modify filed by appellants/cross-appellees Calkins and Easton. Appellees and cross-appellants are unopposed to the motion to dismiss.

We grant the motion and dismiss this appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a). Any pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.